

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Andrea M. Martin**
*Assistant Corporation Counsel*
Phone: (212) 356-3549
andmarti@law.nyc.gov

October 3, 2025

> Time to respond to the complaint is extended to December 5, 2025. Initial conference is adjourned from October 20, 2025 to December 19, 2025 at 11:00 a.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#.
> SO ORDERED.
> Dated: 10/3/2025
>
> *P. Kevin Castel*
> United States District Judge

**Via ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: Kossivi v. City of New York et al.
Civil Action No: 1:25-cv-06397

Dear Judge Castel:

    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the City of New York ("City") and the New York City Police Department ("NYPD") (collectively "City Defendants[1]") in the above-referenced matter. In accord with Rule 1.C. of the Court's Individual Practices, City Defendants respectfully request an extension of time, from October 20, 2025[2] to December 5, 2025, to respond to the Complaint. This is City Defendants' first request for an extension of time to respond to the Complaint, and Plaintiff consents to this request. Together with this request, and pursuant to Rule 1.C.vii of the Court's Individual Practices, City Defendants respectfully request that the Court adjourn the Initial Pretrial Conference, currently scheduled for October 10, 2025 at 11:30 a.m., to December 19, 2025, or to a date thereafter that is convenient to the Court.

    This extension of time is requested to allow City Defendants sufficient time to investigate the numerous allegations in the Complaint and prepare an appropriate response. In addition, the requested extension will allow this office to investigate whether the individually named

---

[1] Plaintiff filed two affidavits of service in this matter on September 16, 2025. The affidavits indicate that service was effectuated on NYPD and the City and defendant Miguel Martinez on August 19, 2025 and September 5, 2025, respectively. See ECF Dkt. Nos. 18, 19. However, the City and NYPD were only served with summons on August 19, 2025. Both summons and Complaint were served on the City and NYPD on September 30, 2025. This office is investigating whether defendant Martinez was properly served.

The individually named Defendants in this matter are not represented by the Office of the Corporation Counsel. To the extent these individuals are properly served, pursuant to General Municipal Law §50k, this office will conduct an inquiry to determine their eligibility for representation and will update the Court accordingly.

2

defendants, individually named defendants, Miguel Martinez, Michael Hines, and Vrijeshkumar Patel, were properly served and, if so, to make a representation decision pursuant to General Municipal Law §50-k.

Accordingly, City Defendants respectfully request that their time to respond to the Complaint be extended from October 20, 2025 to December 5, 2025, and that the Initial Pretrial Conference in this matter be adjourned from October 10, 2025 to December 19, 2025 or a date thereafter that is convenient to the Court.

I thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/
Andrea M. Martin
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)