THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVEN BANKS
*Corporation Counsel*

**Isaiah A. Williams**
Assistant Corporation Counsel
Labor and Employment Law Division
(212) 356-1941
iswillia@law.nyc.gov

November 19, 2026

**Via ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

Re: Kossivi v. City of New York, et al.
No. 25-CV-6397

Dear Judge Castel:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants[1] the City of New York ("City") (also sued herein as New York City Police Department ("NYPD")), Michael Hines ("Hines"), and Vrijeshkumar Patel ("Patel" and collectively, "Defendants") in the above-referenced action. Defendants write, pursuant to Rule 1(C) of the Court's Individual Rules, respectfully requesting a 30-day extension of time, from November 19, 2026 to December 18, 2026, to submit an Answer to the Amended Complaint. This is Defendants' first request for an extension of time to answer the Amended Complaint. Plaintiff has consented to this request.

This brief extension of time is made in good faith. Following the Court's recent Opinion & Order (ECF Doc. No. 40), the undersigned will need additional time to confer with the agency regarding the remaining allegations and allow adequate time for necessary review to ensure accurate responses to each allegation. Moreover, the extension is necessary in light of closures and absences caused by the past Veterans' Day Holiday and upcoming Thanksgiving Holiday. Accordingly, Defendants respectfully request that their time to answer the Amended Complaint be extended from November 19, 2026 to December 18, 2026.

In addition, Defendants write, on behalf of the parties, to extend the parties' time to submit a joint proposed case management plan and scheduling order from November 19, 2026 until December 18, 2026. The parties are available for an initial conference in January 2027, subject to the Court's calendar and convenience.

---

[1] The Office of the Corporation Counsel does not represent Defendant Miguel Martinez.

Defendants thank the Court for its consideration of these requests.

Respectfully submitted,

/s/

Isaiah A. Williams
Assistant Corporation Counsel

cc: All Counsel of Record (via ECF)

The time for defendants other than Martinez to answer is extended to December 18, 2026. The time for the parties to submit a proposed Case Management Plan and proposed Scheduling Order is also extended to December 18, 2026

SO ORDERED
Dated: 11/20/2026

P. Kevin Castel
United States District Judge